

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§     No. 08-13-00184-CV

IN RE: REGINALD A. NOBLE,

§     AN ORIGINAL PROCEEDING

Relator.

§     IN MANDAMUS

§

§

**J U D G M E N T**

The court has considered this cause on the Relator's petition for writ of mandamus against Robert H. Rogers, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.